**Order entered January 12, 2017**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

#### No. 05-16-01248-CV
_____

**DANIEL LERINTIU, INC. D/B/A FACTORY DIRECT HARDWOOD LIQUIDATORS AND DANIEL LERINTIU, INDIVIDUALLY, Appellants**

**V.**

**STUART MARGOL PROPERTIES, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06059**

## ORDER

The reporter's record in this case is overdue. By postcard dated November 22, 2016, we notified the court reporter for the 101st Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the reporter's record within thirty days. To date, the reporter's record has not been filed.

Accordingly, we order Thu Bui, official court reporter for the 101st Judicial District Court, to file, within **TWENTY DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellants have not requested, paid for, or made arrangements to pay for the record. *We notify appellants that if we receive verification the reporter's record has not been requested, or that appellants have not*

*paid for or made arrangements to pay for the reporter's record, we will order the appeal*

*submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Staci Williams
Presiding Judge
101st Judicial District Court

Janet E. Wright
Official Court Reporter
101st Judicial District Court


All parties


/s/     CAROLYN WRIGHT
          CHIEF JUSTICE